IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ROBERT M. MOORE, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>PHH MORTGAGE SERVICES CORPORATION,<br><br>     Defendants. | Case No. 1:19-cv-540-WCL-SLC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ROBERT M. MOORE and the Defendant PHH MORTGAGE SERVICES CORPORATION, through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant PHH MORTGAGE SERVICES CORPORATION, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 3, 2020                                     Respectfully Submitted,

ROBERT M. MOORE                               PHH MORTGAGE SERVICES CORPORATION

*/s/ Mohammed O. Badwan*                      */s/ Ethan G. Ostroff (with consent)*
Mohammed O. Badwan                            Ethan G. Ostroff
*Counsel for Plaintiff*                              *Counsel for Defendant*
Sulaiman Law Group, LTD.                      Troutman Sanders LLP
2500 S. Highland Ave., Ste. 200               222 Central Park Avenue, Suite 200
Lombard, Illinois 60148                           Virginia Beach, Virginia 23462
Phone: (630) 575-8181                            Phone: (757) 687-7541
mbadwan@sulaimanlaw.com                   ethan.ostroff@troutman.com